SPOOLAN REALTY CORPORATION, Respondent, v. THEODORE HAEBLER and Others,

as Executors, etc., of WILLIAM EBLING, Deceased, Defendants, Impleaded with GNILBE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.